McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF BROWN AND GOLD CALVIN KLEIN PURSE, FURTHER DESCRIBED IN ATTACHMENT A-3 | CASE NO. 2:20-SW-929 DB<br><br>ORDER REGARDING MOTION TO UNSEAL |

The United States' motion to unseal this case is GRANTED.

The Court further FINDS that the original search warrant, application, and affidavit contain personal identifying information. Therefore, the Court ORDERS that those materials shall remain under seal. The Clerk shall file on the public docket the redacted version of the search warrant, application, and affidavit which accompanies the United States' motion to unseal.

Dated: November 17, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1